[No. 16020-3-III.    Division Three.    December 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
T. PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 95-8-00472-1, Bart Vandegrift, J. Pro
Tem., entered August 13, 1996. *Affirmed* by unpublished
opinion per Sweeney, C.J., concurred in by Kurtz and
Kato, JJ.

[No. 16303-2-III.    Division Three.    December 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSENDO
BARRON HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 96-1-01210-1, Michael W. Leavitt, J.,
entered October 28, 1996. *Reversed* by unpublished opinion
per Sweeney, C.J., concurred in by Schultheis and Kato,
JJ.

[No. 19492-9-II.    Division Two.    December 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST S.
WALKER, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-02563-5, Thomas A. Swayze, Jr., J.,
entered April 21, 1995. *Reversed* by unpublished opinion
per Morgan, J., concurred in by Seinfeld and Armstrong,
JJ.

[No. 19942-4-II.    Division Two.    December 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RODERICK
S. SELWYN, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 94-1-00727-9, Leonard W. Costello, J.,
entered October 2, 1995. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Morgan and Hunt, JJ.